AO 93 (1      ) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Three U.S. Postal Parcels located at the<br>Washington General Mail Facility, Washington, DC | Case: 1:18-sw-00050<br>Assigned To : Magistrate Judge Harvey, G. Michael<br>Assign. Date : 2/27/2018<br>Description: Search Warrant |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Columbia _____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

CONTRABAND CONTROLLED SUBSTANCES

**YOU ARE COMMANDED** to execute this warrant on or before   March 13, 2018   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  FEB 27 2018  3:15pm      /s/ [signature]
                                                                    *Judge's signature*

City and state:   WASHINGTON, D.C.                G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
                                                                                *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 1:18-sw-50 | Date and time warrant executed: 2/28/18 @ 4:00pm | Copy of warrant and inventory left with: USPS |
| Inventory made in the presence of : Insp Sizokl ||||

Inventory of the property taken and name of any person(s) seized:

**FILED**
**JUL 0 3 2019**
Clerk, U.S. District and
Bankruptcy Courts

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5-24-19

*Executing officer's signature*

James Ussery Postal Insp

*Printed name and title*

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | Property Seized |
|---|---|---|
| 1. | (P) 9205 5901 7554 7700 0058 9053 62 | Approximately 2290 grams of THC related products to include, five suspected THC laced rice Crispy treats, five suspected THC laced cupcakes, and 15 suspected THC laced chocolate bars. |
| 2. | (P) 9205 5901 7554 7700 0058 8002 30 | Approximately 270 grams of a green, leafy, plantlike substance, suspected to be marijuana, inside one heat sealed bag. |
| 3. | (E) EM 035 996 643 US | Approximately 2415 grams of a green, leafy, plantlike substance, suspected to be marijuana, inside five heat sealed bags. |